# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

BETTY R. DOWNING,

    Plaintiff,

v.

CITY OF SAVANNAH/COUNTY OF
CHATHAM METROPOLITAN
POLICE DEPARTMENT,

    Defendant.

Case No. CV414-055

## REPORT AND RECOMMENDATION

Plaintiff Betty R. Downing filed this employment discrimination case on March 19, 2014, doc. 1, but has since abandoned any effort to litigate it. She has failed, for example, to serve the defendant within the 120 days that Fed. R. Civ. P. 4(m) commands. The Court thus directed her to, within 14 days, show cause why it should not dismiss her case for violating Rule 4(m). Doc. 3. She has not. Accordingly, her case should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED**, this 7th day of August, 2014.

                                                  UNITED STATES MAGISTRATE JUDGE
                                                SOUTHERN DISTRICT OF GEORGIA