# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| BETTY R. DOWNING, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CITY OF SAVANNAH/COUNTY OF )<br>CHATHAM METROPOLITAN )<br>POLICE DEPARTMENT, )<br>)<br>Defendant. ) | Case No. CV414-055 |

## SUPPLEMENTAL REPORT AND RECOMMENDATION

Plaintiff Betty R. Downing filed this employment discrimination case on March 19, 2014, doc. 1, but the record showed that she abandoned any effort to litigate it. She failed, for example, to serve the defendant within the 120 days that Fed. R. Civ. P. 4(m) commands. The Court thus directed her to show cause why it should not dismiss her case for violating Rule 4(m). Doc. 3. When she failed to comply by the Court's August 6, 2014 deadline, the undersigned (on August 8, 2014) issued a Report and Recommendation (R&R) advising dismissal. Doc. 4.

Downing, however, finally responded on that same day, August 8, 2014. Doc. 6. The R&R nevertheless is still pending before the district

judge. Downing's untimely show cause order response consists of a mass of documents that ultimately fail to show, as defendants explain in their post-R&R motion to dismiss (which itself is unopposed per Local Rule 7.5), that Downing failed to timely serve the defendants. Doc. 10. Hence, the undersigned *again* recommends **DISMISSAL WITHOUT PREJUDICE** for violating Fed. R. Civ. P. 4(m).

**SO REPORTED AND RECOMMENDED** this 8th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA