IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BETTY R. DOWNING, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-055
)
CITY OF SAVANNAH/COUNTY OF )
CHATHAM METROPOLITAN POLICE )
DEPARTMENT, )
)
    Defendant. )
)

## O R D E R

Before the Court are the Magistrate Judge's Report and Recommendation (Doc. 4) and Supplemental Report and Recommendation (Doc. 11), which both recommend that Plaintiff's compliant be dismissed for failure to timely serve Defendant as required under Federal Rule of Civil Procedure 4(m). Plaintiff filed a response to the initial Report and Recommendation, stating that she was unable to timely serve Defendant because her "health began to deteriorate due to elevated hypertension" that was the result of her former employer's "harsh and unfair treatment." (Doc. 6 at 1.) This response, however, is inadequate to establish good cause for Plaintiff's failure. Save for Plaintiff's unsworn statement, there is no documentation supporting her claim of ill health. Moreover,

Plaintiff fails to even allege why her hypertension was debilitating to such a point that it prevented her from perfecting service.

After careful consideration, the Report and Recommendation (Doc. 4) and Supplement Report and Recommendation (Doc. 11) are **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and Defendant's Motion to Dismiss (Doc. 10) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of December 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA